NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-761

STATE OF LOUISIANA

VERSUS

DRENETTA G. MARTIN

**************
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-K-2106-C
HONORABLE ALONZO HARRIS, JUDGE

**************
SYLVIA R. COOKS
JUDGE
**************

Court composed of Sylvia R. Cooks, John D. Saunders, and Oswald A. Decuir, Judges.

**CONVICTION AND SENTENCE AFFIRMED MOTION TO WITHDRAW GRANTED.**

Kenota Pullman-Johnson
Louisiana Appellate Project
P.O. Box 5781
Shreveport, Louisiana 71135
(318) 682-3130
COUNSEL FOR APPELLANT:
        Drenetta G. Martin

Earl Taylor
District Attorney
27th Judicial District
P.O. Box 1968
Opelousas, Louisiana 70571
(337) 948-3041